IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  vs.                         :  CIVIL NO: C-1-00-1047
                              :  MAGISTRATE JUDGE HOGAN

**RUTHIE E. AZEVEDO,**

        **Defendant.**

### PLAINTIFF'S REQUEST TO QUASH
### ORDER TO SHOW CAUSE

Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order to Show Cause filed on March 17, 2005 in the above captioned case. Plaintiff has been notified that Defendant has obtained a Conditional Medical Discharge from the U.S. Department of Education. Therefore, it is respectfully requested that the Order to Show Cause against Ruthie E. Azevedo be quashed.

                                              Respectfully submitted,

                                              GREGORY G. LOCKHART
                                              United States Attorney

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney
                                              Attorney for Plaintiff
                                              303 Marconi Boulevard, Suite 200
                                              Columbus, Ohio 43215
                                              (614) 469-5715
                                              Fax: (614) 469-5240
                                              Deborah.Sanders @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Request to Quash Order To Show Cause was filed with the Clerk of the Court using the CM/ECF system and mailed this 18th day of April, 2005 to Ruthie E. Azevedo, P.O. Box 630, South Webster, Ohio 45682-0630 by first class, postage paid mail.

          s/Deborah F. Sanders
          DEBORAH F. SANDERS (0043575)
          Assistant United States Attorney

N:\_ECF Workload\DSanders\AzevedoQuash.wpd