IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      : CIVIL NO: C-1-00-1047
     : MAGISTRATE JUDGE HOGAN

RUTHIE E. AZEVEDO,

    Defendant.

## ORDER TO QUASH THE
## ORDER TO SHOW CAUSE

Upon Plaintiff's Motion to Quash Order To Show Cause, and for good cause showing that the Plaintiff has received notification that Defendant has received a Conditional Medical Discharge from the U.S. Department of Education,

**IT IS HEREBY ORDERED** that the March 17, 2005 Order To Show Cause be quashed.

Date: 4/19/05

UNITED STATES MAGISTRATE JUDGE